**MITCHELL INVESTMENT COMPANY, Appellant, v. REPUBLIC STEEL CORPORATION, Appellee.**

No. 9982.

Circuit Court of Appeals, Sixth Circuit.

Oct. 2, 1945.

Harry F. Payer, Sidney N. Weitz, David Perris, and Benj. H. Schwartz, all of Cleveland, Ohio, for appellant.

Thomas F. Patton, Luther Day, and E. W. LeFever, all of Cleveland, Ohio, for appellee.

Before HICKS and MARTIN, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

This cause was heard on the transcript of record, briefs and arguments of counsel, and on consideration thereof, it is ordered, adjudged and decreed that the decree appealed from, entered on September 26, 1944, be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the District Judge filed July 3, 1944, 63 F.Supp. 323.

**Malcolm Claude BAUGH, Appellant, v. UNITED STATES of America, Appellee.**

No. 11367.

Circuit Court of Appeals, Fifth Circuit.

Dec. 18, 1945.

Edgar W. Waybright, Sr., of Jacksonville, Fla., for appellant.

H. S. Phillips, U. S. Atty., and D. Newcomb Barco, Jr., Asst. U. S. Atty., both of Tampa, Fla., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from in this case is affirmed upon the authority of Biron v. Collins, 5 Cir., 145 F.2d 758.

**Ezra EITZEN v. Chester BOWLES, Administrator, Office of Price Administration.**

No. 3190.

Circuit Court of Appeals, Tenth Circuit.

Dec. 11, 1945.

Dailey & Rogers, of Albuquerque, N. M., for appellant.

Fleming James, Jr., Director, Litigation Division, and David London, Chief, Appellate Branch, Office of Price Administration, both of Washington, D. C., C. Roy Anderson, Atty., Office of Price Administration, of Albuquerque, N. M., and Max D. Melville, Regional Litigation Atty., Office of Price Administration, of Denver, Colo., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment modified and affirmed per stipulation.

**Victor J. EVANS, Appellant, v. UNITED STATES of America, Appellee.**

No. 11457.

Circuit Court of Appeals, Fifth Circuit.

Dec. 18, 1945.

No appearance for appellant.

H. S. Phillips, U. S. Atty., and D. Newcomb Barco, Jr., Asst. U. S. Atty., both of Tampa, Fla., and Damon G. Yerkes, Asst. U. S. Atty., of Jacksonville, Fla., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from in this case is affirmed.

**Hugh GANT, Appellant, v. UNITED STATES of America, Appellee.**

**No. 11443.**

Circuit Court of Appeals, Fifth Circuit.

Dec. 18, 1945.

Rehearing Denied Jan. 16, 1946.

Writ of Certiorari Denied March 25, 1946.

See 66 S.Ct. 817.

Warren O. Coleman, of New Orleans, La., for appellant.

Alvin H. McConnell, Asst. U. S. Atty., of Mobile, Ala., for appellee.

Before HOLMES, McCORD, and LEE, Circuit Judges.

PER CURIAM.

Pretermitting the question of dismissing this appeal, and deciding the case on its merits, the judgment appealed from is affirmed on the authority of Pyle v. Johnston, 9 Cir., 137 F.2d 869.

**Luther MARTIN v. UNITED STATES of America.**

**No. 3279.**

Circuit Court of Appeals, Tenth Circuit.

Dec. 28, 1945.

Laynie W. Harrod, of Oklahoma City, Okl., for appellant.

John Brett, Asst. U. S. Atty., of Oklahoma City, Okl., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee and stipulation of the parties.

**Bjorn G. WAHLGREN, Appellant, v. STANDARD OIL COMPANY OF NEW JERSEY and THE S.S. M. F. ELLIOTT, Appellees.**

**No. 20021.**

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1945.

Jacob Rassner, of New York City, for appellant.

Vernon S. Jones and Kirlin, Campbell, Hickox & Keating, all of New York City (James B. Magnor, of New York City, of counsel), for appellees.

Before L. HAND, AUGUSTUS N. HAND and CLARK, Circuit Judges.

PER CURIAM:

Affirmed on the authority of Baltimore S. S. Co. v. Phillips, 274 U.S. 316, 47 S.Ct. 600, 71 L.Ed. 1069.